```
                                            FILED

                                       07 DEC 12 PM 4:49

                                       ...

                                       BY:              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07 CR 3352  WQH |
| Plaintiff, | ) | <u>I N D I C T M E N T</u> |
| v. | ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation |
| LEIGH HANSEN, | ) | |
| Defendant. | ) | |

The grand jury charges:

<u>Count 1</u>

On or about May 28, 2007, within the Southern District of California, defendant LEIGH HANSEN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Carmelo Robles-Santos, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

WDK:fer:San Diego
12/7/07

Count 2

On or about May 28, 2007, within the Southern District of California, defendant LEIGH HANSEN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Carmelo Robles-Santos, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: December 12, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney