```
 1  KAREN P. HEWITT
    United States Attorney
 2  REBECCA S.  KANTER
    Assistant U.S. Attorney
 3  California State Bar No. 230257
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6747
    rebecca.kanter@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3352-WQH |
| | ) | |
| Plaintiff, | ) | UNITED STATES' MOTION TO |
| | ) | DISMISS INDICTMENT |
| v. | ) | WITHOUT PREJUDICE |
| | ) | |
| LEIGH HANSEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney and Rebecca S. Kanter, Assistant United States Attorney, and hereby moves to dismiss without prejudice the indictment against defendant Leigh Hansen in the interests of justice.

DATED: April 4, 2008.

                                                   Respectfully submitted,

                                                   KAREN P. HEWITT
                                                   United States Attorney

                                                   S/Rebecca Kanter
                                                   REBECCA S.  KANTER
                                                   Assistant U.S. Attorney

|     |                                                      |
| --- | ---------------------------------------------------- |
| 1   | UNITED STATES DISTRICT COURT                         |
| 2   | SOUTHERN DISTRICT OF CALIFORNIA                      |

```
 3  UNITED STATES OF AMERICA,      )   Case No. 07CR3352-WQH
                                   )
 4              Plaintiff,         )
                                   )
 5        v.                       )
                                   )   CERTIFICATE OF SERVICE
 6  LEIGH HANSEN,                  )
                                   )
 7              Defendant.         )
                                   )
 8  
    IT IS HEREBY CERTIFIED THAT:
 9
         I, Rebecca S. Kanter, am a citizen of the United States and am
10  at least eighteen years of age.  My business address is 880 Front
    Street, Room 6293, San Diego, California 92101-8893.
11
         I am not a party to the above-entitled action.  I have caused
12  service of United States' Motion to Dismiss Indictment Without
    Prejudice on the following parties by electronically filing the
13  foregoing with the Clerk of the District Court using its ECF System,
    which electronically notifies them.
14
         Frank M. Murphy, III
15
         I hereby certify that I have caused to be mailed the foregoing,
16  by the United States Postal Service, to the following non-ECF
    participants on this case:
17
         None
18
    the last known address, at which place there is delivery service of
19  mail from the United States Postal Service.

20       I declare under penalty of perjury that the foregoing is true and
    correct.
21
         Executed on April 4, 2008.
22
                                       s/Rebecca Kanter
23                                     REBECCA S. KANTER
```

2