FILED
08 APR -9 PM 4:35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: /s/ ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR3352-WQH |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING MOTION TO DISMISS |
| LEIGH HANSEN, | |
| Defendant. | |

IT IS HEREBY ORDERED that the indictment against Defendant LEIGH HANSEN be dismissed without prejudice.

DATED: 4/9/08

_____
THE HONORABLE WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE